UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BEADWORKS INTL.                    :

v.                                 :    NO. 3:03cv27 (JBA)

WHITE RAVEN BEADWORKS, ET AL       :

FILED
Oct 16  12 31 PM '(
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### ENDORSEMENT ORDER [DOC. #4, #6]

From review of Plaintiff's Motion for Default Judgment [doc. #6] and exhibits, it appears that the address: 324 Careswell Street, Marshfield, Massachusetts 02050 is not defendant Christine M. Olinger's last and usual place of abode, only July 1973 - April 2000. See Attorney Affidavit In Support of Application for Judgment by Default (doc. #5, Exhibit B) reflecting more recent address in Green Harbor, Ma and Marshfield, Ma. (Plaintiff acknowledges that no service has been made on White Raven Beadworks, Exhibit D.)

Accordingly, Application for Judgment by Default [doc. #4] is VACATED, having been inadvertently granted, and Motion for Default Judgment [doc. #6] is DENIED, without prejudice to renew with adequate proof of service on Christine M. Olinger.

IT IS SO ORDERED.



Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    October 16, 2003