UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BEADWORKS INTL., INC.              :

    -vs-                           :    Civil No. 3:03CV27(JBA)

WHITE RAVEN BEADWORKS              :
CHRISTINE WHITE RAVEN OLINGER

ORDER OF DISMISSAL

    A notice of proposed dismissal [12-1] of the above-captioned action having been sent to counsel and parties of record on February 12, 2004, pursuant to D. Conn. L. Civ. R. 41(a) and,

    No action having been taken by counsel subsequent to such notice and no satisfactory explanation therefor having been submitted to the Court within twenty (20) days of such notice;

    It is ORDERED that this action be and hereby is dismissed without costs to any party.

    SO ORDERED.

    Dated at New Haven, Connecticut, this 27th day of February, 2004.


IT IS SO ORDERED


_____
           /s/
JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE